# Court of Appeals
# of the State of Georgia

ATLANTA,____April 14, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0317.   DENIS GAMEZ v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

Denis Gamez, through attorney Grady Roberts, seeks appellate review of the superior court's order granting a writ of possession in this dispossessory case.  We lack jurisdiction because the application is untimely.

Although a notice of appeal generally may  be filed within thirty days of entry of the order sought to be appealed, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011).  Here, the superior court's order was entered on March 9, 2015, and Gamez's notice of appeal was filed on March 18, which was nine days later.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,_____04/14/2015_____
  I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____, Clerk.